UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DORIS RENEE JOHNSON,<br><br>                 Plaintiff,<br><br>  v.<br><br>CAROLINE W. COLVIN, Acting<br>Commissioner of Social Security,<br><br>                 Defendant. | Case No.   14-5060 RJB-KLS<br><br>REPORT AND RECOMMENDATION |

      This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule MJR 4(a)(4) and as authorized by <u>Mathews, Secretary of H.E.W. v. Weber</u>, 423 U.S. 261 (1976).  This matter is before the Court on the stipulated motion for remand. (ECF 21).  After reviewing the parties' stipulated motion and the remaining record, the undersigned recommends that the Court grant the parties' motion, and remand this matter to the Commissioner for further proceedings.

      This court recommends that on remand the administrative law judge (ALJ) will provide Plaintiff with an opportunity to submit additional evidence; re-evaluate Plaintiff's mental impairments pursuant to the special technique in 20 C.F.R. § 416.920a; reconsider Plaintiff's residual functional capacity, and in so doing, further evaluate the opinion evidence from the examining sources; further evaluate Plaintiff's subjective complaints, considering the factors set out in Social Security Ruling (SSR) 96-7p; re-evaluate the evidence at step four of the sequential evaluation process, and in so doing compare the physical and mental demands of Plaintiff's past

REPORT AND RECOMMENDATION - 1

relevant work with her maximum residual functional capacity (SSRs 82-61 and 82-62); and at step five, obtain supplemental evidence from a vocational expert to determine whether there are a significant number of jobs in the national economy that Plaintiff can perform; consider the evidence submitted to the Appeals Council; give Plaintiff an opportunity for a hearing; and issue a new decision.

The parties stipulate that this remand be made pursuant to sentence four of 42 U.S.C. § 405(g).

Given the fact of the parties' stipulation, the Court recommends that the District Judge immediately approve this Report and Recommendation and order the case **REVERSED** and **REMANDED.**  A proposed order accompanies this Report and Recommendation.

DATED this  7th day of August, 2014.

*/s/ Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2